UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS A. LAWELLIN, AND INDIVIDUAL; STEVEN D. ROHLIN, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>v.<br><br>KEMPER INDEPENDENCE INSURANCE COMPANY, AN ILLINOIS CORPORATION,<br><br>Defendants. | Case No. EDCV 14-00315-VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>November 24, 2014</u>

_____
VIRGINIA A. PHILLIPS
United States District Judge